# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

NO. 13-7035

SEPTEMBER TERM, 2012
1:12-cv-01061-RBW
Filed March 11, 2013

Henry L. Klein, Pro Se, and on behalf of all others similarly situated,

                                      Appellant

v.

American Land Title Association, et al,

                                      Appellees

. . . . . . . . . . . . . .

### UNOPPOSED MOTION FOR LEAVE TO FILE (i) STATEMENT OF ISSUES TO BE RAISED ON APPEAL AND (ii) STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX OUT OF TIME

NOW INTO COURT, comes Henry L. Klein, Pro Se and on behalf of all others similarly situated ("Appellant"), and moves as follows:

1. This appeal was docketed on March 8, 2013.

2. An order by the Clerk regarding initial submissions was issued on March 11, 2013.

3. Appellant was unable to file all of the required submissions by April 10, 2013 because, as a sole practitioner, his trial docket was exceedingly demanding at that time.

4. All required submissions have been filed with the exception of appellant's (i) Statement of Issues to be Raised on Appeal and (ii) Statement of Intent to Utilize Deferred Joint Appendix.

1

5.  Leave of Court is required for appellant to file his (i) <u>Statement of Issues to be Raised on Appeal</u> and (ii) <u>Statement of Intent to Utilize Deferred Joint Appendix</u> out of time.

6.  Appellant respectfully requests said leave.

7.  Appellees do not join in this request but will not object to same.

Respectfully submitted:

_____
HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715
Email: henry@hlklawoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN SERVED UPON COUNSEL OF RECORD BY CM/ECF NOTIFICATION AND/OR BY FAX OR U.S. MAIL, PROPERLY ADDRESSED WITH POSTAGE PREPAID ON THIS ___ DAY OF _____, 2013.

_____