# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 13-7035**  September Term, 2012

1:12-cv-01061-RBW

Filed On: April 30, 2013 [1433473]

Henry L. Klein, Pro Se, and on behalf of all others similarly situated,

    Appellant

    v.

American Land Title Association, et al.,

    Appellees

## O R D E R

Upon consideration of appellant's motion for leave to file initial submissions out of time, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged documents.

    FOR THE COURT:
    Mark J. Langer, Clerk

BY: /s/
    Mark A. Butler
    Deputy Clerk